**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Case No. 09-706 (FSH) |
| v. | : | ORDER |
| STEPHEN WILKES, | : | September 23, 2009 |
| Defendant. | : | |

**HOCHBERG, District Judge**

This matter having come before the Court upon Defendant's Motion to Stay Pending Appeal,

IT IS on this 23rd day of September, 2009,

ORDERED that Defendant submit a brief, not to exceed 10 pages, and which cites relevant legal authority in support of the Motion by September 30, 2009; and it is further

ORDERED that the Government, which shall include the Special Assistant United States Attorney and an Assistant United States Attorney from the Office in Newark, file a responsive brief, not to exceed 10 pages, and which cites relevant legal authority by October 7, 2009.

s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**